# U.S. District Court
## Western District of Missouri (Kansas City)
## CIVIL DOCKET FOR CASE #: 4:22−mc−09001−FJG

Baker v. Mission Chateau, L.L.C. et al  
Assigned to: District Judge Fernando J. Gaitan, Jr  
Cause: Civil Miscellaneous Case  

Date Filed: 02/08/2022  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Ronald Baker**     represented by     **Kristi L. Kingston**  
Employee & Labor Law Group of Kansas City LLC  
12920 Metcalf Avenue  
Suite 180  
P.O. Box 25843  
Overland Park, KS 66225  
913−286−5200  
Fax: 913−286−5201  
Email: kristi@elgkc.com  
*ATTORNEY TO BE NOTICED*  
*Bar Status: Active*

V.

**Defendant**

**Mission Chateau, L.L.C.**

**Defendant**

**Tutera Senior Living & Health Care, L.L.C.**

**Defendant**

**Tutera Health Care Services, L.L.C.**

**Defendant**

**Tutera Group, Inc.**

Email All Attorneys  
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2022 | Ï | MISCELLANEOUS CASE INITIATED by Kristi L. Kingston on behalf of Ronald Baker. See motion immediately following this entry for details. This is a text entry only. No document is attached. Filing fee $49, receipt number AMOWDC−7795043. (Kingston, Kristi) (Entered: 02/08/2022) |
| 02/08/2022 | Ï 1 | MOTION to quash filed by Kristi L. Kingston on behalf of Ronald Baker. Suggestions in opposition/response due by 2/22/2022 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Kingston, Kristi) (Entered: 02/08/2022) |

| | | |
|---|---|---|
| 02/08/2022 | 2 | MOTION to reassign/transfer case filed by Kristi L. Kingston on behalf of Ronald Baker. Suggestions in opposition/response due by 2/22/2022 unless otherwise directed by the court. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kingston, Kristi) (Entered: 02/08/2022) |
| 04/22/2022 | 3 | ORDER – GRANTING 2 plaintiff's motion to transfer case. The Clerk of the Court is directed to transfer this matter to the United States District Court for the District of Kansas. Signed on 4/22/22 by District Judge Fernando J. Gaitan, Jr. (Anderson, Christy) (Entered: 04/22/2022) |